DAVID A. ROSENFELD, Bar No. 058163
ANNE I. YEN, Bar No. 187291
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: drosenfeld@unioncounsel.net

Attorneys for Plaintiff TEAMSTERS UNION LOCAL 948

FILED
AUG 28 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEAMSTERS UNION LOCAL 948,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL ASSOCIATION OF BUSINESS REPRESENTATIVES; SHARON MOSLEY; CHRIS TIERNAN; and LUPE JUAREZ,<br><br>Defendants. | No. 12-CV-00612 AWI-DLB<br><br>**VOLUNTARY DISMISSAL**<br>**(F.R.C.P. 41(a))** |

VOLUNTARY DISMISSAL
Case No. 12-CV-00612 AWI-DLB

1  Pursuant to Federal Rule of Civil Procedure 41(a), as no Answer or Motion for Summary
2  Judgment has yet been served, Plaintiff hereby dismisses this action as the parties have resolved
3  their dispute. Each side shall bear its own attorney's fees and costs.

Dated: August 23, 2012

                WEINBERG, ROGER & ROSENFELD
                A Professional Corporation

                /s/ Anne I. Yen
      By:  DAVID A. ROSENFELD
                ANNE I. YEN
                Attorneys for Plaintiff TEAMSTERS UNION
                LOCAL 948

130909/681478

It is so Ordered, Dated: 8-27-12

_____
United States District Judge

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

VOLUNTARY DISMISSAL
Case No. 12-CV-00612 AWI-DLB